IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHEN SCOTT SMITH,** : | |
| Petitioner : | No. 1:23-cv-02052 |
| : | |
| v. : | (Judge Kane) |
| : | |
| **WARDEN D. CHRISTENSEN,** : | |
| Respondent : | |

## ORDER

**AND NOW**, on this 11th day of September 2025, upon consideration of pro se Petitioner Stephen Scott Smith's amended petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 6), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The amended petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 6) is **DISMISSED AS MOOT**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania